# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Land Rover and Jaguar Vehicles

| '511 Patent, Claim 1 Language | LandRover & Jaguar Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., vehicle). https://www.landroverwhiteplains.com/research/autonomous-emergency-braking.htm; https://www.jaguarusa.com/all-models/i-pace/features/safety.html. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, in LandRover vehicles Advanced Emergency Brake Assistant (AEBA) uses "the same radar sensor as the adaptive cruise control system and forward alert function" and "AEBA improves braking response during emergency braking when a moving vehicle is detected close ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1815883<br><br>LandRover's "Adaptive cruise control uses a radar sensor, which projects a beam directly forward of the vehicle to detect objects ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1806620<br><br>For Jaguar, "[t]he system [AEBA] utilises [sic] the same radar sensor as the adaptive cruise control system and forward alert function." "Adaptive cruise control uses a radar sensor, which projects a beam directly forward of the vehicle to detect objects ahead." https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806628; https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806801.<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Land Rover and Jaguar Vehicles

| '511 Patent, Claim 1 Language | LandRover & Jaguar Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a vehicles will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit, mounted at the front of the vehicle, behind the duct in the lower cooling aperture, toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "Adaptive cruise control uses a radar sensor, which projects a beam directly forward of the vehicle to detect objects ahead."<br>https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1806620;<br>https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806801. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic | In addition, the Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, "By combining bumper-mounted radar scanners and two forward-facing video cameras, Land Rover and Range Rover SUVs equipped with Autonomous Emergency Braking can scan the road |

2



Preliminary Comparison of U.S. Patent No. 7,952,511 to Land Rover and Jaguar Vehicles

| '511 Patent, Claim 1 Language | LandRover & Jaguar Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| radiation to be received at a receiver; and | ahead and identify pedestrians or other vehicles.""  https://www.landroverwhiteplains.com/research/autonomous-emergency-braking.htm. LandRover & Jaguar vehicles Advanced Emergency Brake Assistant (AEBA) uses "the same radar sensor as the adaptive cruise control system and forward alert function" and "AEBA improves braking response during emergency braking when a moving vehicle is detected close ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1815883; https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806628;

LandRover' & Jaguar's "Adaptive cruise control uses a radar sensor, which projects a beam directly forward of the vehicle to detect objects ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1806620; https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806801.

LandRover & Jaguar's "AEB (Autonomous Emergency Brake) uses forward-facing cameras, located above the rear-view mirror, to help identify an imminent risk of collision with another vehicle traveling in front. AEB also helps to identify an imminent risk of collision with a crossing pedestrian." https://www.ownerinfo.landrover.com/document/LK/2017/T19935/20760_en_GBR/proc/G1935604; https://www.ownerinfo.jaguar.com/document/4N/2017/T19935/20731_en_GBR/proc/G1901994


The ability to recognize pedestrians and vehicles from other types of obstacles indicates that the system includes a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.

" For example, " By combining bumper-mounted radar scanners and two forward-facing video cameras, Land Rover and Range Rover SUVs equipped with Autonomous Emergency Braking can scan the road |

3



Preliminary Comparison of U.S. Patent No. 7,952,511 to Land Rover and Jaguar Vehicles

| '511 Patent, Claim 1 Language | LandRover & Jaguar Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| | ahead and identify pedestrians or other vehicles.""  https://www.landroverwhiteplains.com/research/autonomous-emergency-braking.htm. LandRover & Jaguar vehicles Advanced Emergency Brake Assistant (AEBA) uses "the same radar sensor as the adaptive cruise control system and forward alert function" and "AEBA improves braking response during emergency braking when a moving vehicle is detected close ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1815883; https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806628;<br><br>LandRover' & Jaguar's "Adaptive cruise control uses a radar sensor, which projects a beam directly forward of the vehicle to detect objects ahead." https://www.ownerinfo.landrover.com/document/LK/2017/T19929/20760_en_GBR/proc/G1806620; https://www.ownerinfo.jaguar.com/document/4N/2017/T19929/20731_en_GBR/proc/G1806801.<br><br>LandRover & Jaguar's "AEB (Autonomous Emergency Brake) uses forward-facing cameras, located above the rear-view mirror, to help identify an imminent risk of collision with another vehicle traveling in front. AEB also helps to identify an imminent risk of collision with a crossing pedestrian." https://www.ownerinfo.landrover.com/document/LK/2017/T19935/20760_en_GBR/proc/G1935604; https://www.ownerinfo.jaguar.com/document/4N/2017/T19935/20731_en_GBR/proc/G1901994<br><br>As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

